# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARON RENEE CALIGOR,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 12-3217-JSL (JEM)<br><br>J U D G M E N T |

In accordance with the Report and Recommendation of United States Magistrate Judge accepted by the Court,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this matter REMANDED for further proceedings in accordance with this Report and Recommendation and with law.

DATED: March 13, 2013

*/s/ Spencer Letts*
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE