**JOEL D. LEIDNER**
*Attorney at Law*
CSBN# 52559
4622 Hollywood Boulevard
Los Angeles, Ca 90027
Telephone: (323) 664-5670
Fax: (323) 662-0840
Email: joel.leidner@igc.org

Attorney for Plaintiff
CARON RENEE CALIGOR

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CAROLYN B. CHEN
Special Assistant United States Attorney
California Bar No.256628
    Social Security Administration
    Office of the General Counsel Region IX
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415)977-8956
    Facsimile: (415)744-0134
    Email: carolyn.chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARON RENEE CALIGOR<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of<br>Social Security,<br><br>    Defendant.<br>_____ | Case No: CV 12-03217 JSL(JEM)<br><br>ORDER AWARDING<br>EQUAL ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND COSTS<br>PURSUANT TO 28 U.S.C. §§ 192**0**<br>AND 2412(d) |

      Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's

-1-

1  assignee, shall be awarded attorney fees under EAJA in the amount of five thousand
2
3  seventy dollars and zero cents ($5,070.00), as authorized by 28 U.S.C. §§ 1920 and
4  2412(d), subject to the terms of the above-referenced Stipulation.
5
6
7  Dated:   April 04, 2013
8                                        /s/John E. McDermott
9                                       JOHN E. MCDERMOTT
                                         United States Magistrate Judge
10