# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARON A. CALIGOR,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 12-3217-JSL (JEM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney's Fees be GRANTED and that Plaintiff is awarded $16,577.00 in attorney's fees and Plaintiff's counsel is ORDERED to send Plaintiff the amount of $5,070 in EAJA fees awarded on April 4, 2013.

DATED:   March 24, 2014

                                                   /s/ Spencer Letts
                                          J. SPENCER LETTS
                                          UNITED STATES DISTRICT JUDGE